IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MICHAEL J. LINDELL and
MYPILLOW, INC.,

       Plaintiffs,

v.                                                                                          Case No.

UNITED STATES OF AMERICA,
MERRICK GARLAND in his official
capacity as Attorney General of the United States,
the United States Attorney for the District of
Minnesota, and CHRISTOPHER WRAY
in his official capacity as Director of the Federal
Bureau of Investigation,

       Defendants.
_____

## MY PILLOW, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, My Pillow, Inc. discloses that there is no parent company, subsidiary, affiliate, or other company which owns 10% or more of the stock of My Pillow, Inc.

Submitted this 20th day of September, 2022.

                                **PARKER DANIELS KIBORT LLC**

                          By */s/ Andrew D. Parker*
                              Andrew D. Parker (MN Bar No. 195042)
                              888 Colwell Building
                              123 N. Third Street
                              Minneapolis, MN 55401
                              Telephone: (612) 355-4100
                              Facsimile: (612) 355-4101
                              *parker@parkerdk.com*

*Counsel for Michael J. Lindell and My Pillow, Inc.*

**OLSEN LAW, P.C.**

By */s/ Kurt Olsen*
    Kurt Olsen (D.C. Bar No. 445279)*
    1250 Connecticut Ave., NW, Suite 700
    Washington, DC 20036
    Telephone: (202) 408-7025
    ko@olsenlawpc.com

**to be admitted pro hac vice*

*Counsel for Michael J. Lindell*

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Patrick M. McSweeney*
    Patrick M. McSweeney*
    3358 John Tree Hill Road
    Powhatan, VA 23139
    Telephone: (804) 937-0895
    patrick@mck-lawyers.com

* To be admitted Pro Hac Vice

*Counsel for Michael J. Lindell*

**ALAN DERSHOWITZ, ESQ.**
Alan Dershowitz (MA Bar No. 121200)*
1575 Massachusetts Avenue
Cambridge, MA 02138

* To be admitted Pro Hac Vice

*Of Counsel for Plaintiff Michael J. Lindell*