UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael J. Lindell et al.,

               Plaintiffs,

v.

United States of America, et al.,

               Defendants.

No. 22-CV-2290 (ECT/TNL)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated:  September 21, 2022         *s/Tony N. Leung*
                                   TONY N. LEUNG
                                   United States Magistrate Judge