IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, MERRICK GARLAND in his official capacity as Attorney General of the United States, the United States Attorney for the District of Minnesota, and CHRISTOPHER WRAY in his official capacity as Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No. 22-cv-02290-ECT-ECW <br><br><br> **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g)** <br><br><br> **EXPEDITED HANDLING REQUESTED** |

Plaintiffs Michael J. Lindell and MyPillow, Inc., hereby move the Court for a Temporary Restraining Order and an Order pursuant to Fed. R. Crim. P. 41(g) that Defendants (1) return to Mr. Lindell the cell phone seized from Mr. Lindell on September 13, 2022; (2) cease all attempts to access data stored on the cell phone; and (3) refrain from accessing any information already taken from the cell phone. Plaintiffs request that this Motion be handled by the Court on an expedited basis. Plaintiffs further request that the Court immediately order Defendants to refrain from accessing or taking any action with respect to the seized cell phone until this Motion is heard, to preserve the status quo.

This motion is based on Rule 65 of the Federal Rules of Civil Procedure and Rule 41(g) of the Federal Rules of Criminal Procedure, and is supported by the Memorandum

1

in Support of Plaintiffs' Motion for a Temporary Restraining Order and for Return of Property Pursuant to Fed. R. Crim. P. 41(g), Exhibits 1-4 filed herewith including the Declaration of Michael J. Lindell, and all the files, records, and proceedings herein.

Dated: September 21, 2022               **PARKER DANIELS KIBORT LLC**

  By */s/ Andrew D. Parker*
    Andrew D. Parker (MN Bar No. 195042)
    888 Colwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*

**OLSEN LAW, P.C.**

By */s/ Kurt Olsen*
    Kurt Olsen (D.C. Bar No. 445279)*
    1250 Connecticut Ave., NW, Suite 700
    Washington, DC 20036
    Telephone: (202) 408-7025
    ko@olsenlawpc.com

\**to be admitted pro hac vice*

*Counsel for Michael J. Lindell*

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Patrick M. McSweeney*
    Patrick M. McSweeney*
    3358 John Tree Hill Road
    Powhatan, VA 23139

Telephone: (804) 937-0895
patrick@mck-lawyers.com

*  To be admitted Pro Hac Vice*

*Counsel for Michael J. Lindell*

**ALAN DERSHOWITZ, ESQ.**
Alan Dershowitz (MA Bar No. 121200)*
1575 Massachusetts Avenue
Cambridge, MA 02138

*  To be admitted Pro Hac Vice*

*Of Counsel for Plaintiff Michael J. Lindell*