IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, MERRICK GARLAND in his official capacity as Attorney General of the United States, the United States Attorney for the District of Minnesota, and CHRISTOPHER WRAY in his official capacity as Director of the Federal Bureau of Investigation,<br><br>                    Defendants. | Case No. 22-cv-2290-ECT-ECW<br><br>Exhibit Index |

1. Warrant

2. Declaration of Michael J. Lindell

3. Mesa County Report 1

4. Mesa County Report 3