IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MY PILLOW, INC., <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, MERRICK GARLAND in his official capacity as Attorney General of the United States, the United States Attorney for the District of Minnesota, and CHRISTOPHER WRAY in his official capacity as Director of the Federal Bureau of Investigation, <br><br>　　　　　　Defendants. | Case No. 22-cv-2290-ECT-ECW <br><br><br><br><br><br>**[PROPOSED] ORDER** |

　　　On consideration of the Motion for a Temporary Restraining Order and for Return of Property submitted by Plaintiffs Michael J. Lindell and My Pillow, Inc. the Court finds good cause to grant the Motion.

　　　It is hereby **ORDERED** that Defendants shall

(1) immediately return to Mr. Lindell the cell phone seized from Mr. Lindell on September 13, 2022;

(2) cease all attempts to access data stored on the cell phone;

(3) refrain from accessing any information already taken from the cell phone.

DATED: _____, 2022            _____
                                           Eric C. Tostrud
                                           United States District Judge