UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, MERRICK GARLAND in his official capacity as Attorney General of the United States, the United States Attorney for the District of Minnesota, and CHRISTOPHER WRAY in his official capacity as Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No. 22-cv-2290-ECT-ECW <br><br><br> **NOTICE OF MOTION HEARING** |

To: Defendants United States of America, Merrick Garland, United States Attorney for the District of Minnesota, and Christopher Wray.

**PLEASE TAKE NOTICE** that at a date and time to be determined, pursuant to Fed. R. Civ. P. 65 and Fed. R. Crim. P. 41(g), Plaintiffs will move the Court, before the Honorable Eric C. Tostrud, United States District Court Judge, in Courtroom 3B, United States District Courthouse, 316 N. Robert Street, St. Paul, MN 55101, for a Temporary Restraining Order and an Order to Return Property that Defendants (1) return to Mr. Lindell the cell phone seized from Mr. Lindell on September 13, 2022; (2) cease all attempts to access data stored on the cell phone; and (3) refrain from accessing any information already taken from the cell phone. Plaintiffs request that this Motion be

1

handled by the Court on an expedited basis. Plaintiffs further request that the Court immediately order Defendants to refrain from accessing or taking any action with respect to the seized cell phone until this Motion is heard, to preserve the status quo. This motion is based on all of the files, records, pleadings, declarations, exhibits, arguments of counsel, and proceedings herein.

Dated: September 22, 20222        **PARKER DANIELS KIBORT LLC**

                By */s/ Andrew D. Parker*
                   Andrew D. Parker (MN Bar No. 195042)
                   888 Colwell Building
                   123 N. Third Street
                   Minneapolis, MN 55401
                   Telephone: (612) 355-4100
                   Facsimile: (612) 355-4101
                   parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*

**OLSEN LAW, P.C.**

By */s/ Kurt Olsen*
    Kurt Olsen (D.C. Bar No. 445279)*
    1250 Connecticut Ave., NW, Suite 700
    Washington, DC 20036
    Telephone: (202) 408-7025
    ko@olsenlawpc.com

**to be admitted pro hac vice*

*Counsel for Michael J. Lindell*

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Patrick M. McSweeney*
    Patrick M. McSweeney*
    3358 John Tree Hill Road
    Powhatan, VA 23139
    Telephone: (804) 937-0895
    patrick@mck-lawyers.com

*\* To be admitted Pro Hac Vice*

*Counsel for Michael J. Lindell*

**ALAN DERSHOWITZ, ESQ.**
 Alan Dershowitz (MA Bar No. 121200)*
 1575 Massachusetts Avenue
 Cambridge, MA 02138

*\* To be admitted Pro Hac Vice*

*Of Counsel for Michael J. Lindell*