AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Michael J. Lindell, et al.,

*Plaintiff,*

v.

Case No. 0:22-cv-02290-ECT-TNL

United States of America, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Christopher Wray

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew D Parker
123 North 3rd Street
Suite 888
Minneapolis, MN
55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance:  September 21, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:22–cv–02290–ECT–TNL

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Wray, Director of FBI
was received by me on *(date)* 9/22/2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jeremiah Kenyl, who is designated by law to accept service of process on behalf of *(name of organization)* Christopher Wray, Director FBI on *(date)* 9/22/22; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 9/22/2022

_____
Server's signature

Robert Ryder, Process Server
Printed name and title

46 S. 7th St #212-335, Mpls, MN 55402
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case:<br>0:22-CV-02290-ECT-TNL | Court:<br>UNITED STATES DISTRICT COURT for the District of Minnesota | County:<br>, MN | Job:<br>7700506 (92337-1) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Michael J. Lindell, et al. | | **Defendant / Respondent:**<br>United State of America, et al. | |
| **Received by:** | | **For:**<br>PARKER DANIELS | |
| **To be served upon:**<br>Director of Federal Bureau of Investigation Christopher Wray | | | |

I, Robert Rider, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jeremiah Kendl, who stated he was authorized to accept service. , c/o U.S. Attorney's Office for the District of Minnesota: 300 S 4th Street, Minneapolis, MN 55415

**Manner of Service:** Government Agency, Sep 22, 2022, 2:52 pm CDT

**Documents:** Complaint for Return of Property and for Declaratory and Equitable Relief [Dkt. 1], Civil Cover Sheet [Dkt. 1-1], Rule 7.1 Disclosure Statement [Dkt. 2], (TEXT ONLY) Clerk's Notice of Initial Case Assignment [Dkt. 3], Summons [Dkt. 4], (TEXT ONLY) Notice re Non-Admitted Attorney [Dkt. 5], Complaint Ex. A [Dkt. 6], Order of Recusal [Dkt. 7], Motion for Admission Pro Hac Vice for Kurt Olsen [Dkt. 8], Pls.' Motion for a Temporary Restraining Order and for Return of Property [Dkt. 9], Memorandum in Support of Pls.' Motion for a Temporary Restraining Order and for Return of Property [Dkt. 10], Certificate of Compliance [Dkt. 10-1], Exhibit Index [10-2], Exhibit 1, Exhibit 2 [Dkt. 10-4], Exhibit 3 [Dkt. 10-5], Exhibit 4 [Dkt. 10-6], Proposed Order [Dkt. 11], Motion for Admission Pro Hac Vice for Kurt Olsen [Dkt. 12], Amended Proposed Order [Dkt. 13] , Notice of Hearing for Motion [Dkt. 16]

**Additional Comments:**
1) Successful Attempt: Sep 22, 2022, 2:52 pm CDT at c/o U.S. Attorney's Office for the District of Minnesota: 300 S 4th Street, Minneapolis, MN 55415 received by Jeremiah Kendl, who stated he was authorized to accept service. .

_signature_ 9/22/22
Robert Rider        Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_signature_ Philip J Ekman
Notary Public
September 22, 2022
Date

Philip J Ekman
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31 2025