## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| MICHAEL J. LINDELL and<br>MYPILLOW, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>MERRICK GARLAND in his official<br>capacity as Attorney General of the<br>United States, the United States Attorney<br>for the District of Minnesota, and<br>CHRISTOPHER WRAY in his official<br>capacity as Director of the Federal Bureau<br>of Investigation,<br><br>     Defendants. | Case No. 22-cv-2290-ECT-ECW<br><br><br><br>**PROOF OF SERVICE** |

I, Angela Macri, state as follows:

1. I received the documents listed below on September 22, 2022, and served a copy of each of them upon Christopher Wray, Director, Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW, Washington, DC 20535-0001, by Certified Mail through the United States Postal Service, postage prepaid, on September 22, 2022.

2. My fees for serving the documents are $0.

3. The documents that I mailed are:

  a. Complaint for Return of Property and for Declaratory and Equitable Relief [Dkt. 1]
  b. Civil Cover Sheet [Dkt. 1-1]
  c. Rule 7.1 Disclosure Statement [Dkt. 2]
  d. (TEXT ONLY) Clerk's Notice of Initial Case Assignment [Dkt. 3]

  e. Summons [Dkt. 4]

  f. (TEXT ONLY) Notice re Non-Admitted Attorney [Dkt. 5]

  g. Complaint Ex. A [Dkt. 6]

  h. Order of Recusal [Dkt. 7]

  i. Motion for Admission Pro Hac Vice for Kurt Olsen [Dkt. 8]

  j. Pls.' Motion for a Temporary Restraining Order and for Return of Property [Dkt. 9]

  k. Memorandum in Support of Pls.' Motion for a Temporary Restraining Order and for Return of Property [Dkt. 10]

  l. Certificate of Compliance [Dkt. 10-1]

  m. Exhibit Index [10-2]

  n. Exhibit 1 [Dkt. 10-3]

  o. Exhibit 2 [Dkt. 10-4]

  p. Exhibit 3 [Dkt. 10-5]

  q. Exhibit 4 [Dkt. 10-6]

  r. Proposed Order [Dkt. 11]

  s. Motion for Admission Pro Hac Vice for Kurt Olsen [Dkt. 12]

  t. Amended Proposed Order [Dkt. 13]

  u. Notice of Hearing for Motion [Dkt. 16]

I declare under penalty of perjury that this information is true.

Date: 9/22/22

Angela Macri

Parker Daniels Kibort
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401