UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael J. Lindell and<br>MyPillow, Inc.,<br><br>            Plaintiffs,<br><br>v.<br><br>United States of America, Merrick Garland in his official capacity as Attorney General of the United States, the United States Attorney for the District of Minnesota, and Christopher Wray in his official capacity as Director of the Federal Bureau of Investigation,<br><br>            Defendants. | Case No. 22-cv-2290-ECT-ECW<br><br><br><br>**ORDER** |

Plaintiffs have filed a motion for temporary restraining order and for return of property pursuant to Fed. R. Crim. P. 41(g). ECF No. 9. The motion will be heard on Wednesday, October 19, 2022, beginning at 10:00 a.m., in Courtroom 3B of the Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101. In connection with the motion, the following briefing schedule is ordered:

1.  **Response Memoranda.** On or before October 6, 2022, Defendants shall file a memorandum in response to Plaintiffs' motion.

2.  **Reply Memoranda.** On or before October 13, 2022, Plaintiffs may (but are not required to) file a reply memorandum.

3. Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

4. Plaintiffs must serve Defendants with a copy of this Order as soon as practicable.

**SO ORDERED.**

Dated: September 23, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court