IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 22-cv-02290-ECT-ECW<br><br>**PLAINTIFFS' MOTION TO OBTAIN ACCESS TO WARRANT APPLICATION MATERIALS**<br><br>**EXPEDITED HANDLING REQUESTED** |

  Plaintiffs Michael J. Lindell and MyPillow, Inc., hereby move the Court for an Order that Defendants, prior to the hearing in this matter scheduled for October 19, 2022, provide Plaintiffs with copies of all materials submitted to the Court in connection with the application for issuance of a warrant, in case no. 22-mj-00742-TNL-1 (D. Minn.).

  This motion is based on the First and Fourth Amendments to the United States Constitution and Rule 41 of the Federal Rules of Criminal Procedure, and is supported by the Memorandum in Support and Declaration of Andrew D. Parker filed herewith, and all the files, records, and proceedings herein.

Dated: October 4, 2022    **PARKER DANIELS KIBORT LLC**

            By */s/ Andrew D. Parker*
              Andrew D. Parker (MN Bar No. 195042)
              888 Colwell Building
              123 N. Third Street
              Minneapolis, MN 55401
              Telephone: (612) 355-4100
              Facsimile: (612) 355-4101
              parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*

**OLSEN LAW, P.C.**

By */s/ Kurt Olsen*
  Kurt Olsen (D.C. Bar No. 445279)*
  1250 Connecticut Ave., NW, Suite 700
  Washington, DC 20036
  Telephone: (202) 408-7025
  ko@olsenlawpc.com

\**to be admitted pro hac vice*

*Counsel for Michael J. Lindell and My Pillow, Inc.*

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Patrick M. McSweeney*
  Patrick M. McSweeney[%]
  3358 John Tree Hill Road
  Powhatan, VA 23139
  Telephone: (804) 937-0895
  patrick@mck-lawyers.com

[%] *admitted Pro Hac Vice*

*Counsel for Michael J. Lindell*

**ALAN DERSHOWITZ, ESQ.**
 Alan Dershowitz (MA Bar No. 121200)
 1575 Massachusetts Avenue
 Cambridge, MA 02138

*Of Counsel for Plaintiff Michael J. Lindell*

2