UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-cv-2290-ECT-ECW<br><br>NOTICE OF MOTION HEARING |

To: Defendants United States of America, Merrick Garland, United States Attorney for the District of Minnesota, and Christopher Wray.

**PLEASE TAKE NOTICE** that at a date and time to be determined, Plaintiffs will move the Court, before the Honorable Elizabeth Cowan Wright, United States Magistrate Judge, in Courtroom 3C, United States District Courthouse, 316 N. Robert Street, St. Paul, MN 55101, for an order that Defendants provide Plaintiffs, prior to the hearing in this matter scheduled for October 19, 2022, with copies of all materials submitted to the Court in connection with the application for issuance of a warrant, in case no. 22-mj-00742-TNL-1 (D. Minn.). Plaintiffs request that this Motion be handled by the Court on an expedited basis. This motion is based on all of the files, records, pleadings, declarations, exhibits, arguments of counsel, and proceedings herein.

Dated: October 4, 20222         **PARKER DANIELS KIBORT LLC**

By <u>*/s/ Andrew D. Parker*</u>
   Andrew D. Parker (MN Bar No. 195042)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*