IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-02290-ECT-ECW <br><br><br> **DECLARATION OF <br> ANDREW D. PARKER** |

I, Andrew D. Parker, state the following as my declaration pursuant to 28 U.S.C. § 1746:

1. I am an attorney representing the Plaintiffs in the above-captioned action. I make this Declaration of my own personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the PACER docket for District of Minnesota case no. 22-mj-00742-TNL-1, on October 3, 2022. The entry titled "MJ Duty Case Opening Form" is not accessible by the public. The remaining entries on the docket are motion filing documents from media non-parties seeking to unseal the search warrant materials.

3. Attached as Exhibit 2 are four media reports related to the Government's investigation of identity theft, intentional damage to a protected computer, or conspiracy to commit identity theft and/or to cause intentional damage to a protected computer potential violations involving Tina Peters, Conan James Hayes, Belinda Knisley, Sandra Brown, Sherronna Bishop, and/or Douglas Frank, the subject of the Warrant at issue in this

1

case. The attached media reports are publicly accessible. The text of the reports from the media sources' internet pages as of October 4, 2022, is provided, with each report followed by the internet address at which it may be accessed.

  I declare under penalty of perjury that the statements in this Declaration are true and correct to the best of my knowledge and belief.

Executed on October 4, 2022 in Hennepin County, Minnesota.

                By */s/ Andrew D. Parker*
                   Andrew D. Parker