# EXHIBIT 1

U.S. District Court
U.S. District of Minnesota (DMN)
CRIMINAL DOCKET FOR CASE #: 0:22-mj-00742-TNL-1

Case title: In re: Search Warrant                               Date Filed: 09/07/2022

Assigned to: Magistrate Judge Tony N. Leung

**Defendant (1)**

**In re: Search Warrant**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Movant**

**Minnesota Reformer**               represented by   **Christopher Proczko**
Sapientia Law Group, PLLC
120 South 6th Street
Suite 100
Minneapolis, MN 55402
612-756-7100
Fax: 612-756-7101
Email: ChristopherP@sapientialaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**Tony Webster**                     represented by   **Christopher Proczko**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

USA              represented by    **Joseph H Thompson**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612-664-5588
Fax: 612-664-5787
Email: joseph.thompson2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2022 | 3 | MJ Duty Case Opening Form. (SAE) (Entered: 09/07/2022) |
| 09/28/2022 | 5 | MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT MATERIALS by Tony Webster, Minnesota Reformer in re: Search Warrant. (kt) (Entered: 09/28/2022) |
| 09/28/2022 | 6 | NOTICE OF HEARING on 5 MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT MATERIALS in re: Search Warrant: Motion Hearing set for 10/18/2022 at 02:00 PM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. (kt) (Entered: 09/28/2022) |
| 09/28/2022 | 7 | MEMORANDUM in Support by Tony Webster, Minnesota Reformer in re: Search Warrant re 5 MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT MATERIALS. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(kt) (Entered: 09/28/2022) |
| 09/28/2022 | 8 | MEET and CONFER STATEMENT re 5 MOTION by Tony Webster, Minnesota Reformer in re: Search Warrant. (kt) (Entered: 09/28/2022) |
| 09/28/2022 | 9 | PROPOSED ORDER TO JUDGE re 5 MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT MATERIALS by Tony Webster, Minnesota Reformer in re: Search Warrant.(kt) (Entered: 09/28/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2022 10:31:35 | | | |
| **Description:** | Docket Report | **Search Criteria:** | 0:22-mj-00742-TNL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT 2

# 'Core investigation' of Tina Peters election breach complete but federal probe should continue, DA says

Rubinstein: "We have asked the United States Attorney's Office to continue its investigation"

Posted at 5:19 PM, Aug 30, 2022

and last updated 8:32 AM, Aug 31, 2022

DENVER — Mesa County District Attorney Dan Rubinstein said Tuesday that the core part of the joint investigation with the Colorado Attorney General's Office into Tina Peters' and others' alleged election systems breaches is complete and that he has asked a parallel federal investigation to continue.

Rubinstein said he and Attorney General Phil Weiser will ask a judge at Peters' arraignment, which is scheduled for Sept. 7, to set a trial date in her case and that of others who have been indicted or charged as codefendants. Rubinstein said he wanted a judge to set the "earliest possible" date for a trial for Peters.

"We have asked the United States Attorney's Office to continue its investigation into all potential perpetrators of federal crimes related to the events in Mesa County," Rubinstein said in a news release. "Attorney General Weiser and I are very aware of the need for this community to move the remaining cases through the court system."

1

Rubinstein's announcement comes less than a week after Mesa County Deputy Clerk and Recorder Belinda Knisley agreed to cooperate with prosecutors and testify against Peters, former election manager Sandra Brown, and any other people who might potentially be charged in connection with the May 2021 Mesa County election system security breach.

She pleaded guilty Thursday to three misdemeanors – criminal trespass, violation of duty, and first-degree official misconduct – in two separate cases and was sentenced, only avoiding jail because that was what the plea agreement asked for, Judge Matthew D. Barrett said.

Knisley had been indicted alongside Peters by a Mesa County grand jury in March and was charged with attempting to influence a public servant, conspiracy, violation of duty, and failing to comply with the secretary of state.

Peters was indicted on three counts of attempting to influence a public servant; one count of conspiracy to commit attempting to influence a public servant; criminal impersonation; conspiracy to commit criminal impersonation; identity theft; first-degree official misconduct; violation of duty; and failing to comply with the secretary of state.

Peters faces 11 total charges in the election tampering case.

Brown, the former elections manager who was fired for her involvement of last year's breach, was arrested in July and charged with one count of attempt to influence a public servant and two counts of criminal impersonation – all felonies.

Knisley, who was suspended on Aug. 23, 2021, and barred from performing work for Mesa County, had participated in a proffer session in early June in which she spoke with state and federal investigators for seven hours about the scheme, allegedly masterminded by Peters, to copy hard drive images of the county's election systems and allow an unauthorized man named Conan Hayes into the trusted build of the election machines with the Secretary of State's Office and Dominion Voting Systems.

What Knisley told investigators during that proffer session led to the charges against Brown and included new details about the alleged scheme and what exactly unfolded, according to court documents and what Rubinstein said in court during Knisley's hearing.

The documents said Knisley discussed "other individuals who may have various levels of criminal responsibility for the planning, preparation and/or execution" of the scheme to copy the hard drive images. Knisley told the court that she acted at the orders of Peters.

Last August, video of the trusted build and passwords for the voting systems were posted online by right-wing conspiracy theorists who sympathize with Peters' election denial efforts. The copies were posted while she was at Mike Lindell's so-called election symposium.

Federal law enforcement officials have said little about their side of the investigation since announcing last August the FBI was involved to determine if any federal crimes were committed, and as of Tuesday, no federal charges had been unsealed against those charged in district court.

3

In addition to the criminal case involving the election systems breach, Peters also faces a protection order violation case and one involving obstructing a peace officer and obstructing government operations.

A report from the Mesa County District Attorney's Office released in May found no evidence that there was outside interference in the 2020 or 2021 elections, as Peters and the others have claimed.

https://www.denver7.com/news/politics/core-investigation-of-tina-peters-election-breach-complete-

but-federal-probe-should-continue-da-says

# FBI conducts "actions" into Tina Peters

by: Al Maulding
Posted: Nov 16, 2021 / 10:15 PM MST
Updated: Nov 16, 2021 / 10:15 PM MST

GRAND JUNCTION, Colo. (KREX) – This morning, the Federal Bureau of Investigation conducted federally-authorized law enforcement actions into potential criminal activity by employees of the Mesa County Clerk and Recorder's Office and others associated with those employees.

The activity occurred in both Mesa and Garfield Counties at four separate locations. Investigators with the 21st Judicial District Attorney's Office (Mesa County, Colorado) and the Colorado Attorney General's Office assisted in the operations.

No arrests were made, and the operations are related to ongoing investigations.

In August, Peters made an appearance at "My Pillow" CEO Mike Lindell's cybersecurity symposium as a featured speaker to share her election security concerns. There, she spoke in front of attendees, comparing the state of Colorado to Nazi Germany, and said Colorado state officials were "raiding" her office. During that time Colorado State Secretary Jenna Griswold's office had started investigating Peters' office after Mesa County's election systems passwords were posted online. As a result of ongoing investigations, the Secretary of State's office removed Peters from her role of overseeing Mesa County's November election. Former Secretary of State Wayne Williams, and former Mesa County Clerk and Recorder Sheila Reiner were appointed to oversee the upcoming election as Designated Election Officials.

Griswold's office is accusing Peters of allowing an unauthorized individual Gerald Wood, access to the voting equipment, and possibly passwords unique to the equipment. The secretary of state also says security cameras were turned off while those individuals were in the room. Peters says the cameras were not required to be turned on and declined to comment on who Wood is, due to the ongoing investigations. What Peters does claim is that the Dominion Election Equipment is changing and deleting elections files. Peters says she captured before and after forensic images of an election hard drive. One was taken on May 23rd, prior to a scheduled trusted build on the 25th. The other, the day after on the 26th. Those are

the dates that Wood is said to have been given access to the elections equipment. The images taken on those dates were used for what she says is an [83-page forensic report.](#) Peters claims the report is evidence that 29,000 elections files were deleted during the trusted build.

Secretary Griswold's office says the files that were deleted from the elections system are not required under the election code, which include items like accounting forms, certificates of registration, voter applications, spoiled ballots, and replacement ballots, among other things. The office says none of these were named in the report by Peters. Former Secretary of State and Designated Election Official Wayne Williams says those files do not impact election outcomes. Peters says every election file must be preserved.

Investigations by Mesa County District Attorney's Office, Colorado Secretary of State's Office, and the Federal Bureau of Investigation are ongoing. Peters says she will appeal the decision to remove her from overseeing Mesa County Elections, but could not comment on the investigations.

Watch the full and unedited interview here:

https://www.westernslopenow.com/news/local-news/fbi-conducts-actions-into-tina-peters/

# Battering Ram Used In Home Search of Mesa County Clerk Supporter

BY RICK SALLINGER
NOVEMBER 19, 2021 / 8:17 AM / CBS COLORADO

**GRAND JUNCTION, Colo. (CBS4)** - The FBI searched four homes on Colorado's Western Slope this week, connected to an alleged breach of election security and alleged misuse of campaign funds. The door to Sharronna Bishop's Garfield County home appears that it was entered by force.

"They were yelling that this was the FBI, open the door. I took my two children into their bedroom," Bishop told CBS4's Rick Sallinger.

It was Tuesday when federal and state agents arrived with a search warrant.

Bishop recalled, "Just as we were about to open the door it flew open. They had used a ram to bust down the door."

She says the door wasn't locked. Bishop, a former campaign manager for Rep. Lauren Boebert, says she was told the search was part of a wire fraud investigation.

The same day, Republican Mesa County Clerk Tina Peters' home was searched.

Peters told CBS4 she felt she was being investigated because of how she was doing her job, "I took the initiative to investigate the 2020 election and the steps taken by the Democratic Secretary of State Jena Griswold."

7

Voting machine information from Mesa County somehow ended up on a public website. In August, Griswold admonished Peters.

"The Mesa County Clerk and Recorder allowed a security breach and, by all evidence at this point, assisted it," said Griswold.

Now four homes have been searched, phones and computers seized as part of a criminal investigation by the FBI, Colorado Attorney General and the Mesa County District Attorney. Bishop said she supports Peters and says she has had nothing to do with Boebert since last year.

"This is not what we do in America. We don't silence people like this. We don't shut them down because of what they are saying and we certainly don't criminalize and terrorize them, not in America," said Bishop with tears in her eyes.

The Colorado Attorney General's Office released a statement reading, "We dispute how some have characterized the law enforcement action carried out earlier this week in Mesa and Garfield Counties. This judicially authorized search was executed in a professional and lawful manner."

https://www.cbsnews.com/colorado/news/fbi-mesa-county-clerk-tina-peters-sharronna-bishop/

# Federal warrant outlines breadth of Colorado election tampering investigation

Cyndy Koures - Sep 15

GRAND JUNCTION, Colo. (KKCO) - MyPillow CEO Mike Lindell showed viewers a copy of the search warrant and subpoena served on him earlier this week.

In less than two months, Lindell is expected to be called in front of a federal grand jury focused on election tampering in Mesa County in 2020.  The subpoena states Lindell is ordered to appear November 3, 2022 in front of a federal grand jury in Grand Junction.

Lindell's one of former President Trump's strongest supporters.  He has also come out in support of indicted Mesa County Clerk Tina Peters.  Peters is accused in an election tampering conspiracy stemming from the 2020 presidential election.

The document lists names of people labeled identified as "subjects" in a federal investigation focused on gathering evidence in Mesa County about identity theft, intentional damage to a protected computer or conspiracy to commit either.

Among those listed – Tina Peters and two of her election clerks, Belinda Knisley and Sandra Brown.  Both are accused in state court, but Knisley cut a deal with prosecutors and will testify against Peters.  Peters has pleaded not guilty.

The subpoena also lists Sherronna Bishop.  In November 2021, the FBI searched Bishop's house as part of the Mesa County security breach.  Bishop says she managed Rep. Lauren Boebert's first run at Congress.  She is also a strong supporter of Peters.

The judge signed off on agents searching for anything tied to identity fraud including discs, USB flash drives and even Lindell's cell phone.

9

https://www.msn.com/en-us/news/us/federal-warrant-outlines-breadth-of-colorado-election-tampering-investigation/ar-AA11SN7q