IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-cv-02290-ECT-ECW<br><br>**PLAINTIFFS' MEET AND CONFER STATEMENT** |

I, Andrew D. Parker, represent Plaintiffs in the above-captioned matter. During the Court's status conference on September 30, 2022, the parties discussed whether they could agree regarding the release of the affidavits and material supporting the Warrant. The parties could not agree, and the Court indicated that Plaintiffs could if they wish bring a motion regarding the release of the material. Accordingly, the parties are unable to resolve this issue without a decision from the Court.

Dated: October 4, 2022

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*