IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MY PILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-2290-ECT-ECW <br><br> **[PROPOSED] ORDER** |

On consideration of the Motion to Obtain Access to Warrant Application Materials submitted by Plaintiffs Michael J. Lindell and My Pillow, Inc. the Court finds good cause to grant the Motion.

It is hereby **ORDERED** that Defendants shall

(1) Provide copies of all materials submitted to the Court in connection with the application for issuance of a warrant, in case no. 22-mj-00742-TNL-1 (D. Minn.), prior to the October 19, 2022, hearing in this action.


DATED: _____, 2022         _____
                                                                         Elizabeth Cowan Wright
                                                                         United States Magistrate Judge