# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-02290-ECT-ECW <br><br> **PLAINTIFFS' MOTION FOR EXPEDITED HANDLING OF MOTION TO OBTAIN WARRANT APPLICATION MATERIALS** |

Plaintiffs Michael J. Lindell and MyPillow, Inc., hereby move the Court to expedite the handling of Plaintiffs' Motion to obtain a copy of the materials submitted by the Defendants to the Court in application for the Warrant at issue in this matter. As stated in Plaintiffs' Motion, Plaintiffs need to see the Warrant application materials to prepare for the hearing scheduled in this matter for October 19, 2022. Plaintiffs first learned that Defendants oppose their request to receive these materials during the status conference with the Court held on September 30, 2022, and indicated that they would bring a motion to obtain the materials. They have brought their motion two business days later.

Dated: October 4, 2022     **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*