IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 22-cv-2290 (ECT/ECW) |

### DECLARATION OF JONATHAN E. JACOBSON

1. I am a Trial Attorney in the Public Integrity Section of the U.S. Department of Justice's Criminal Division. I submit this declaration in connection with Defendants' opposition to Plaintiffs' motion for a preliminary injunction and for return of property pursuant to Federal Rule of Criminal Procedure 41(g) (ECF No. 10).

2. The video attached to this declaration as Exhibit 1 (and so referenced in the government's opposition to the aforementioned motion, filed today) is a true and correct copy of a file downloaded from an account purporting to belong to Michael J. Lindell on Rumble, an online video platform. Special Agents with the Federal Bureau of Investigation downloaded the video from Rumble and provided it to me. The video is accessible in its native form at "https://rumble.com/v1jytqd-the-lindell-report.html."

3. Because the exhibit is too large to file on the docket, it will be provided to the Court on a DVD and provided to Plaintiffs' counsel electronically.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of October, 2022.

/s/ Jonathan E. Jacobson
Jonathan E. Jacobson
Trial Attorney
Public Integrity Section