UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-cv-02290-ECT-ECW

MICHAEL J. LINDELL and
MYPILLOW, INC.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,   **NOTICE OF APPEARANCE**
MERRICK GARLAND in his official
capacity as Attorney General of the United
States, the United States Attorney for the
District of Minnesota, and CHRISTOPHER
WRAY in his official capacity as Director
of the Federal Bureau of Investigation,

Defendants.


PLEASE TAKE NOTICE that Senior Counsel Frank Lin hereby notes his

appearance as counsel for Defendants with respect to the above-referenced matter. Please

add Frank Lin as an attorney to be noticed.


Dated: October 5, 2022            Respectfully submitted,


                                  JOHN T. LYNCH
                                  Chief, Computer Crime and Intellectual
                                  Property Section
                                  U.S. Department of Justice


                                  By: *Frank Lin*
                                  Frank Lin
                                  Senior Counsel, Computer Crime and
                                  Intellectual Property Section
                                  U.S. Department of Justice
                                  Wa. Bar No. 48617
                                  950 Pennsylvania Ave., N.W. Suite 600
                                  Washington, DC 20530
                                  Phone: (202) 514-1026
                                  Email: frank.lin@usdoj.gov