UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:22-cv-02290 (ECT/ECW)

Michael J. Lindell and MyPillow, Inc.,

    Plaintiffs,

v.

United States of America, Merrick Garland in his official capacity as Attorney general of the United States, the United States Attorney for the District of Minnesota, and Christopher Wray in his official capacity as Director of the Federal Bureau of Investigation,

    Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Aaron M. Teitelbaum, Special Assistant United States Attorney for the District of Colorado, hereby notes his appearance as counsel for Defendants in this matter. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: October 17, 2022

COLE FINEGAN
United States Attorney
District of Colorado

By: *s/ Aaron Teitelbaum*
Aaron M. Teitelbaum
Special Assistant U.S. Attorney
N.Y. Bar No. 5392584
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-455-0409
Aaron.Teitelbaum@usdoj.gov
Attorney for the United States