# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
| Michael J. Lindell, et al., | **COURT MINUTES** |
|  | BEFORE: Eric C. Tostrud |
| Plaintiffs, | U.S. District Judge |
| v. | Case No:  22-cv-2290 ECT/ECW |
|  | Date:  October 19, 2022 |
| United States of America, et al., | Court Reporter:  Tim Willette |
|  | Courthouse:  St. Paul |
| Defendants. | Courtroom:  3B |
|  | Time Commenced:  10:00 a.m. |
|  | Time Concluded:  12:10 p.m. |
|  | Time in Court:  2 Hours 10 Minutes |

## APPEARANCES:

Plaintiffs:   Andrew Parker, Parker Daniels Kibort LLC

Defendants:   Ana Voss, United States Attorney's Office
Craig Baune, United States Attorney's Office
Jonathan Jacobson, Department of Justice
Aaron Teitelbaum, United States Attorney's Office

## HEARING ON:

Motion for Temporary Restraining Order and Return of Property filed by Michael J. Lindell and MyPillow, Inc.  [ECF No. 9]

Motion to Obtain Access to Warrant Application Materials filed by Michael J. Lindell and MyPillow, Inc.  [ECF No. 36]

## PROCEEDINGS:

The motions were moved, argued and taken under advisement.  Order to follow.

s/ R. Morton
Courtroom Deputy
