# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-02290-ECT-ECW <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL LETTER** |

Plaintiffs, through the undersigned, hereby move the Court for an Order granting leave to file a Supplemental Letter to the Court, attached hereto as Exhibit A. The letter provides more detailed responses to three questions asked by the Court during the October 19, 2022, hearing.

Dated: October 20, 2022               **PARKER DANIELS KIBORT LLC**

  By */s/ Andrew D. Parker*
   Andrew D. Parker (MN Bar No. 195042)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com

  *Counsel for Michael J. Lindell and My Pillow, Inc.*

**OLSEN LAW, P.C.**
By */s/ Kurt Olsen*
   Kurt Olsen (D.C. Bar No. 445279)**
   1250 Connecticut Ave., NW, Suite 700
   Washington, DC 20036
   Telephone: (202) 408-7025
   ko@olsenlawpc.com

**to be admitted pro hac vice*

*Counsel for Michael J. Lindell*


**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
By */s/ Patrick M. McSweeney*
   Patrick M. McSweeney*
   3358 John Tree Hill Road
   Powhatan, VA 23139
   Telephone: (804) 937-0895
   patrick@mck-lawyers.com

*\* Admitted Pro Hac Vice*

*Counsel for Michael J. Lindell*

**ALAN DERSHOWITZ, ESQ.**
 Alan Dershowitz (MA Bar No. 121200)*
 1575 Massachusetts Avenue
 Cambridge, MA 02138

*\* Admitted Pro Hac Vice*

*Of Counsel for Plaintiff Michael J. Lindell*