## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL and MYPILLOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-02290-ECT-ECW <br><br> **PLAINTIFFS' MEET AND CONFER STATEMENT** |

I, Andrew D. Parker, represent Plaintiffs in the above-captioned matter. On October 20, 2022, by telephone Plaintiffs' counsel met and conferred with counsel for the Defendants concerning Plaintiffs' Motion for Leave to File Supplemental Letter, and then sent the supplemental letter by email to counsel for the Defendants. Counsel for Defendants has not yet responded concerning whether Defendants oppose the Motion.

Dated: October 20, 2022

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

*Counsel for Michael J. Lindell and My Pillow, Inc.*