UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL J. LINDELL, ET AL.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, ET AL.,

    Defendants.

Case No. 22-cv-2290 (ECT/DLM)

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Michael J. Lindell and MyPillow, Inc., Plaintiffs, and the Defendants, the United States of America, Attorney General Merrick Garland, the United States Attorney for the District of Minnesota, and FBI Director Christopher Wray, through their respective attorneys, hereby stipulate and agree to the dismissal of this action without prejudice. Each party agrees to bear its own costs, disbursements, and attorney's fees.

Dated: May 7, 2024.

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
   Andrew D. Parker (#195042)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   parker@parkerdk.com

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
Patrick M. McSweeney (VA Bar No. 5669)
3358 John Tree Hill Road
Powhatan, VA 23139
Telephone: (804) 937-0895
patrick@mck-lawyers.com

Attorneys for Plaintiff Michael J. Lindell

Dated: May 7, 2024.                              **PARKER DANIELS KIBORT LLC**

                                             By */s/ Andrew D. Parker*
                                                  Andrew D. Parker (#195042)
                                                  888 Colwell Building
                                                  123 N. Third Street
                                                  Minneapolis, MN 55401
                                                  Telephone: (612) 355-4100
                                                  parker@parkerdk.com

                                             Attorneys for Plaintiff MyPillow, Inc.

Dated: May 7, 2024                               ANDREW M. LUGER
                                             United States Attorney

                                              *s/Craig Baune*
                                             BY:  CRAIG R. BAUNE
                                             Assistant U.S. Attorney
                                             Attorney ID No. 331727
                                             ANA H. VOSS
                                             Assistant US.S. Attorney
                                             Attorney ID No.  483656DC
                                             600 United States Courthouse
                                             300 South Fourth Street
                                             Minneapolis, MN 55415
                                             Phone:  612-664-5600
                                             Craig.baune@usdoj.gov
                                             Ana.Voss@usdoj.gov

                                             COLE FINEGAN
                                             United States Attorney
                                             District of Colorado

                                             BY: AARON M. TEITELBAUM
                                             Special Assistant U.S. Attorney
                                             N.Y. Bar No. 5392584
                                             U.S. Attorney's Office
                                             1801 California Street, Suite 1600
                                             Denver, CO 80202
                                             Telephone: 303-454-0100
                                             Fax: 303-455-0409
                                             Aaron.Teitelbaum@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

BY:  JONATHAN E. JACOBSON
Trial Attorney, Public Integrity Section
U.S. Department of Justice
1301 New York Ave. NW, 10th Fl.
Washington, DC 20530
Tel:  202-934-0886
Email: Jonathan.Jacobson@usdoj.gov

JOHN T. LYNCH
Chief, Computer Crime and Intellectual Property Section
U.S. Department of Justice

BY:  FRANK LIN
Senior Counsel
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Wa. Bar No. 48617
950 Pennsylvania Ave. NW Ste. 600
Washington, DC 20530
Phone: (202) 514-1026
frank.lin@usdoj.gov

Attorneys for Defendants