**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICHAEL J. LINDELL, ET AL., | Case No. 22-cv-2290 (ECT/DLM) |
| Plaintiffs, | |
| v. | **[Proposed]** ORDER FOR STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

Based upon the Stipulation of Dismissal without Prejudice (ECF No. 93), and all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the above matter is DISMISSED WITHOUT PREJUDICE and without costs, disbursements, and attorney's fees.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated:

_____
ERIC C. TOSTRUD
United States District Judge