UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael J. Lindell and MyPillow, Inc., | File No. 22-cv-2290 (ECT/DLM) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| United States of America; Merrick Garland, *in his official capacity as Attorney General of the United States*; the United States Attorney for the District of Minnesota; and Christopher Wray, *in his official capacity as Director of the Federal Bureau of Investigation*, | |
| Defendants. | |

---

Based on the Stipulation for Dismissal without Prejudice filed by Plaintiffs Michael J. Lindell and MyPillow, Inc., and Defendants United States of America, Attorney General Merrick Garland, the United States Attorney for the District of Minnesota, and FBI Directory Christopher Wray, ECF No. 93, **IT IS ORDERED** that the action is **DISMISSED** without prejudice, and without costs, disbursements, or attorneys' fees to any party.

Dated:  May 7, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court